Dawn M. McCraw, #192645
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tiffany Hopkins*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| TIFFANY HOPKINS,<br><br>      Plaintiff,<br><br>v.<br><br>GENESIS FS CARD SERVICES, INC.,<br><br>      Defendant. | Case No. 3:19-cv-00157-AC<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that Plaintiff, Tiffany Hopkins, and Defendant Genesis FS Card Services, Inc. ("Genesis") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Defendant Genesis. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 3rd day of June 2020.

*/s/Dawn M. McCraw*
Dawn M. McCraw, #192645
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tiffany Hopkins*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*