Dawn M. McCraw, #192645
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tiffany Hopkins*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TIFFANY HOPKINS, | Case No. 3:19-CV-157 |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO DISMISS** |
| GENESIS FS CARD SERVICES, INC., | |
| Defendant. | |

Plaintiff Tiffany Hopkins and Defendant Genesis FS Card Services, Inc., each respectively represented through counsel undersigned, hereby stipulate that a settlement has been reached in the above matter and that all claims and defenses asserted therein be dismissed with prejudice, each side to bear their own attorneys' fees and costs.

Respectfully submitted this 22nd day of June 2020.

By: */s/ Dawn M. McCraw*
Dawn M McCraw
PRICE LAW GROUP, APC
dawn@pricelawgroup.com
*Attorneys for Plaintiff*
*Tiffany Hopkins*

1

| | |
|---|---|
| 1 | */s/ Allison L. Cannizaro* |
| 2 | Allison L. Cannizaro |
| | SESSIONS FISHMAN NATHAN & |
| 3 | ISRAEL LLP |
| | 3850 N. Causeway Blvd., Suite 200 |
| 4 | Metairie, LA 70002 |
| 5 | E: acannizaro@sessions.legal |

*/s/ James K. Schultz*
James K. Schultz (alluded)
SESSIONS, FISHMAN, HATHAN & ISRAEL, LLP
1545 Hotel Circle So., Ste 150
San Diego, CA 92108
jschultz@sessions.legal

Robert E. Sabido
COSGRAVE VERGEER KESTER, LLP
900 SW Firth Ave., 24th Floor
Portland, OR 97204
rsavido@cosgravelaw.com

*Attorneys for Defendant Genesis FS Card Services, Inc*