UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIFFANY HOPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS FS CARD SERVICES, INC.,<br><br>    Defendant. | Case No. 3:19-CV-157<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Pursuant to the Stipulated Motion to Dismiss, and good cause appearing;

IT IS HEREBY ORDERED:

Dismissing this action with prejudice, each side to bear their own attorneys' fees and costs.

Dated this 23rd day of June, 2020.

_____
The Honorable John V. Acosta
United States Magistrate Judge

1